# EXHIBIT A

Phoenix Financial Services LLC ♦ 8902 Otis Ave, Ste 103A ♦ Indianapolis, IN 46216-1077 ♦ 855-342-6567

December 8, 2017

| Acct # | Original Acct # | Original Creditor | Balance | Date of Medical Service(s) |
|---|---|---|---|---|
| | | EPMG OF IN – HOBSM | 795.00 | 04/12/15 |

 YOU CAN MAKE A PAYMENT ONLINE: Please scan the QR code with your smart device to access our online payment portal or go to www.phoenixfinancialsvcs.com and click on "Pay Online".

Dear Roberta Castronovo,

The account(s) listed above were purchased by PENDRICK CAPITAL PARTNERS II LLC. (Pendrick CP II). Pendrick CP II is the current creditor and they have placed the account(s) with Phoenix Financial Services, LLC for collection.

Please remit the full balance(s).

The above is subject to your rights to validate the above-referenced debt(s) as follows:

This notice is from a debt collector. This is an attempt to collect a debt and any information obtained will be used to collect the debt. Unless you notify this office within 30 days after receiving this notice that you dispute the validity of this debt or any portion thereof, this office will assume this debt is valid. If you notify this office, in writing, within 30 days from receiving this notice that you dispute the validity of this debt, or any portion thereof, this office will obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification. If you request of this office in writing within 30 days after receiving this notice, this office will provide you with the name and address of the original creditor, if different from the current creditor.

Phone:   855-342-6567

Calls to or from this company may be monitored or recorded.

PO Box 361450, Indianapolis IN 46236-1450

Any returned checks may be collected electronically.

info@phoenixfinancialsvcs.com



VONPHXF011100_591320101

Notice: See reverse side for important information

***PLEASE DETACH BOTTOM PORTION AND RETURN WITH PAYMENT***

| | CREDIT CARD # | Expiration Date |
|---|---|---|
| ONPHXF01 PO Box 1280 Oaks PA 19456-1280 ADDRESS SERVICE REQUESTED | CARDHOLDER NAME | |
| | CARDHOLDER SIGNATURE | Amount Paid: $ |

December 8, 2017

PHOENIX FINANCIAL SERVICES LLC
PO Box 361450
Indianapolis IN 46236-1450

Roberta Castronovo

Current Creditor: PENDRICK CAPITAL PARTNERS II LLC.
Total of Accounts listed above: $795.00
Please reference this number on your check: 35167331

Phoenix Financial Services LLC ♦ 8902 Otis Ave, Ste 103A ♦ Indianapolis, IN 46216-1077 ♦ 855-342-6567